**PHIL–INSUL CORP., doing business as IntegraSpec, Plaintiff–Appellant,**

**v.**

**REWARD WALL SYSTEMS, INC., Defendant–Appellee,**

**and**

**Nudura Corporation and Polyform A.G.P Inc., Defendants–Cross–Appellants,**

**and**

**Buildblock Building Systems, LLC, Defendant–Appellee,**

**and**

**Amvic Corporation, Defendant–Appellee.**

**Nos. 2014–1078, 2014–1098.**

United States Court of Appeals, Federal Circuit.

Oct. 10, 2014.

Paul Adams, The Adams Law Firm, of Albuquerque, NM, argued for plaintiff-appellant. Of counsel on the brief were Michael T. Cooke and Brett M. Pinkus, Friedman, Suder & Cooke, of Fort Worth, TX.

Rachel C. Hughey, Merchant & Gould P.C., of Minneapolis, MN, argued for defendants-cross-appellants Nudura Corporation, et al. With her on the brief were Christopher J. Sorenson, Aaron M. Johnson, and Katherine E. Muller.

Kori Anne Bagrowski, Brinks Gilson & Lione, of Chicago, IL, argued for defendant-appellee Amvic Corporation. With her on the brief was James Robert Sobieraj.

Michael R. Annis, Husch Blackwell, LLP, of St. Louis, MO, for defendant-appellee Reward Wall Systems, Inc. Of counsel was Andrew Richard Gilfoil. On the brief for defendant-appellee Buildblock Building Systems, LLC, were David M. Sullivan and Harvey D. Ellis, Jr, Crowe & Dunlevy, P.C., of Oklahoma City, OK. Of counsel was Tynia A. Watson.

PROST, Chief Judge, DYK and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**